**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor O. Dema, on his own behalf and on behalf of his juvenile daughter, Jane Doe, | No. CV-08-0900-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

For the same reasons documents # 1 and # 4 were sealed by the Court and on the Court's own motion,

**IT IS ORDERED** that the Clerk shall **seal** the Petition for Extraordinary Writ of Relief etc., docket # unknown, filed on May 21, 2008, and its attached exhibits until further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Victor O. Dema **shall** use the above caption **only** and **shall not** use the true name of the minor child in all future pleadings and briefings until further order of the Court.

DATED this 22nd day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge