**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor O. Dema,<br><br>        Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>        Defendants. | No. CV-08-0900-PHX-LOA<br>     CV-09-1710-PHX-MHB<br><br>**ORDER** |

The Court has received and considered Plaintiff's "Motion to Reinstate/Consolidate (Previously Dismissed) Defendant's First Child's Removed State Court Dependency Action with His Second Child's Removed State Action now Pending in Federal Court" (CV-09-1710-PHX-MHB). (docket #25)

On June 13, 2008, this case was dismissed without prejudice pursuant to the *Younger* abstention doctrine and judgment entered by the Clerk of the Court. (docket ## 14, 15) Further, Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals which subsequently dismissed the appeal for failure to prosecute on January 9, 2009. (docket #24) Plaintiff cites no basis for setting aside the June 13, 2008 judgment pursuant to Rule 60(b), FED.R.CIV.P. Additionally, Plaintiff's Motion was not filed within either a reasonable time or within one year after judgment was entered. Rule 60(c), FED.R.CIV.P.

/ / /

/ / /

**IT IS ORDERED** Plaintiff's Motion to Reinstate/Consolidate (Previously Dismissed) cases, docket #25, is **DENIED**.

Dated this 17th day of December, 2009.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge